# EXHIBIT A[1]

---

[1] Redactions pending review by the Court.