UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMMA RODRIGUEZ SUAREZ,                      14 CV 9380 (RA)(AJP)

                Plaintiff,                          AFFIDAVIT OF
                                                                 <u>EMMA RODRIGUEZ SUAREZ</u>

   -against-

STANDARD LIFE INSURANCE
COMPANY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

STATE OF CONNECTICUT    )
                                       ) ss:
COUNTY OF FAIRFIELD      )

        EMMA RODRIGUEZ SUAREZ, being duly sworn, deposes and says:

        1.     I am over the age of 18 years of age, am competent to give this testimony and have personal knowledge of the matters of which I testify.

        2.     I am plaintiff in this action.

        3.     I submit this affidavit in support of plaintiff's motion for summary judgment.

**POST-DISABILITY TRAVELS**

        4.     The Standard Life Insurance Company of New York denied my long term disability benefits.

        5.     The insurer alleged that my limited ability to travel after filing for disability benefits was "inconsistent" with my conditions. With the exception of my honeymoon, these trips were NOT for leisure, but rather for the following: medical work ups, returning to my hometown due to funerals and family issues, and to accompany my husband on two specific business trips lest I be left unattended for more than a week each.

*Medical Workups*

6. In April 2010, my husband and I traveled by automobile to Rochester, NY for an evaluation at the University of Rochester Medical Center. I was evaluated on April 28, 2010, at its Neuromuscular Disease Center.

7. In August 2010, my husband and I traveled by automobile to the Mayo Clinic in Rochester, MN, where I was evaluated by the Department of Neurology from August 2, through August 13, 2010.

*Hometown and Family*

8. In December 2010, my husband and I traveled by airline to my hometown of the Canary Islands, Spain, upon discovering that my 82-year old widowed mom's breast cancer had metastasized to her bones and became incurable.

9. In February 2012, my husband and I traveled to my hometown in the Canary Islands, Spain to attend my mother's funeral. My father having passed on 2006, she (my mom) left behind two siblings, my uncle and aunt, who were left to my sole care (as my brother leaves in Kong Hong, China).

10. In December 2012, my husband and I traveled to my hometown in the Canary Islands, Spain to tend to matters regarding my late mother's will and the closing of her estate.

11. In June 2013, my husband I traveled to my hometown in the Canary Islands, Spain to tend to matters regarding the placement of my late mother's siblings (my 87-year old aunt and 81-year old uncle who had previously suffered a stroke) into a nursing home. I have become their sole financial support and, in Spain, have power of attorney over them. Unlike the previous trips to my hometown (taken during non-peak seasons), summer airfares led my husband and I to travel on this trip from the U.S. to Canary Islands via Copenhagen on Icelandic Airlines, due to that carrier's much less expensive airfares, than our normal route of via Madrid on Iberia Airlines. Due to

**Exhibit F, p. 2**

the longer air length of that trip, we laid over a Saturday and Sunday in Copenhagen where friends live, so that I could rest.

12. In December 2014, my husband and I traveled to my hometown in the Canary Islands, Spain to take make further financial arrangements for my elderly and ill aunt and uncle.

*Husband's Business Trips*

13. In July 2011, my husband's employment required him to spend ten days in Denver and Aspen, CO, conducting seminars. Because we could not find a temporary live-in nurse with experience caring for the two conditions for which I had been diagnosed (benign intracranial hypertension and myasthenia gravis), I accompanied my husband on this trip, staying in his hotel room.  At that time, we believed it was in my best interest to travel with my husband as opposed to being left unattended at home for ten days. During this trip, I did not attend any events connected with my husband's seminar. I instead stayed in our hotel room and we ate meals either served by room service or in the hotel restaurants.

14. In November 2012, my husband's employment required him to spend a week in Hong Kong, China, a trip which would require him to be away for ten days including travel time. For the same reason listed above, I accompanied my husband, which also allowed me to visit my brother who resides in Hong Kong. The New York City-Hong Kong flights were direct, so no resting layovers were necessary. During this trip, I stayed and ate meals in my hotel, except for a visit by taxi once a day to my brother's apartment.

*Honeymoon*

15. In May 2012, after the deaths earlier in that year of my widowed mother, my husband's widowed mother, and my husband's sole younger sibling, the man I refer to in this affidavit as my husband married me before a Justice of the Peace, after a decade-long courtship. Rather than spend money on a wedding reception, we chose to honeymoon in Bali, Indonesia, which during that decade had always been our goal. The timing of this trip was especially significant to us since we knew I was progressively losing the physical ability to travel and wanted to go here once in my lifetime. My husband put a lot of effort and resources, including financial, on special accommodations so that I could travel one last time with him for leisure. Nevertheless, I missed a lot of tourist sites which I was chauffeured to because I cannot go upstairs, walk for prolonged periods or uneven pavements, nor spend my energy in the ways healthy people assume normal (such as going out for a romantic evening dinner).

**ACCOMODATIONS REQUIRED IN ORDER TO TRAVEL**

16. In order to travel to destinations requiring the use of airlines, I required the following accommodations: business-class seating so I can fully recline because I become fatigued frequently; wheelchair access onto airline seats, not just from automobiles and between flights and gates; airport-employed wheelchair attendants; and steward assistance within the airplane so as to not fall when visiting onboard lavatories. Examples of these accommodations are attached as Exhibit A.

17. In addition to the accommodations for air travel listed in the paragraph above, during the trip to Bali for my honeymoon and during the trip to the my hometown of Canary Islands via Copenhagen, I required at least one day of rest at a hotel immediately after each transcontinental flight, before making any ongoing airline connections to those destinations. During all such layovers, I required transportation to and from the airport, hotel rooms with A/C and accessible without no stairs. The Bali honeymoon involved a two night layover in Singapore in route from and

to New York. The Copenhagen route involved a two night layover in that city in route from and to New York.

18. In traveling to Bali for my honeymoon, in addition to the accommodations required for air travel, I also required, and my husband arranged, private limousine guided tours and the local use of a wheelchair, as I am unable to walk for prolonged periods.

19. Before and after traveling to all of the above destinations, I require at least a week to recuperate each way, longer on the return home.

20. In my travels, I saw other travelers being pushed in wheelchairs and assisted into and out of airplanes at virtually every airport, and often saw handicapped people either on canes or being assisted to stand so that their friends and family could have photographs taken with them. I also always traveled with my doctor's permission. So, I did not think that traveling for my mother's funeral, or for the rare purposes of subsequently having to personally sign notarized documents in my Spanish hometown for reasons of probate or to arrange nursing care for elderly relatives, or for the extraordinary reason of a honeymoon, would cause any concern for my insurer. Had the insurer asked I would have provided the above explanations. I have always been forthcoming with the insurer and my doctors.

DATED this 27 day of October 2015

_____
Emma Rodríguez Suárez

SUBSCRIBED and sworn to me this 27 day of October, 2015:

_____
Notary Public

JAN DORENBOSCH
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 11/30/2019

5

**Exhibit F, p. 5**

Exhibit A to Affidavit

**IBERIA**

## Reservation Code: 6NHCOJ

| Passenger | Loyalty Card | Ticket No. |
|---|---|---|
| Emma Rodriguez Suarez | IB03859873 | 075-2353518215 |
| Vincent Bartlett Crosbie | IB56523152 | 075-2353518214 |

**Flight details**                                     New York > Gran Canaria > New York

| Departure | Arrival | Duration | Class | Seat | |
|---|---|---|---|---|---|
| **Outbound** | | | | | |
| Thursday, July 11, 2013<br>20:45h / New York<br>John F Kennedy, Terminal 7 | Friday, July 12, 2013<br>10:00 h / Madrid<br>Barajas, Terminal 4S | | Business Basic | | **IB6252**<br>Confirmed |
| *Flight operated by Iberia.* | | | | | |
| Friday, July 12, 2013<br>12:30h / Madrid<br>Barajas, Terminal 4 | Friday, July 12, 2013<br>14:25 h / Gran Canaria<br>Gran Canaria | 12h 40m | Business Basic | | **IB824**<br>Confirmed |
| *Flight operated by Iberia.* | | | | | |
| **Return** | | | | | |
| Saturday, July 20, 2013<br>11:15h / Gran Canaria<br>Gran Canaria | Saturday, July 20, 2013<br>14:50 h / Madrid<br>Barajas, Terminal 4 | | Business Basic | | **IB3925**<br>Confirmed |
| *Flight operated by Iberia Express.* | | | | | |
| Saturday, July 20, 2013<br>16:50h / Madrid<br>Barajas, Terminal 4S | Saturday, July 20, 2013<br>19:05 h / New York<br>John F Kennedy, Terminal 7 | 12h 50m | Business Basic | | **IB6253**<br>Confirmed |
| *Flight operated by Iberia.* | | | | | |

| Heading | Fare | Taxes and carrier-imposed fees | nºPassengers | TOTAL |
|---|---|---|---|---|
| Adult | 1,975.00 | + 976.48 | x2 | 5,902.96 |

**TOTAL PRICE**

# 5,902 .96 $

TOTAL PRICE, includes air fare, taxes and service fees.

https://www.iberia.com/web/printIBKCF.do?tabId=&menuId=IBADVS                5/26/2013

**Exhibit F, p. 7**



https://www.iberia.com/web/retrievePNRMyTrips.do?codigo=6NHCOJ&pasajero=RODR... 5/26/2013

CLOSE

**Saturday, July 20, 2013 / 11:15h**
**Flight Gran Canaria > New York**

| Departure | Arrival | Duration | Class | Seat | Flight No. | Status |
|---|---|---|---|---|---|---|
| Saturday, July 20, 2013<br>11:15h / Gran Canaria<br>Gran Canaria | Saturday, July 20, 2013<br>14:50h / Madrid<br>Barajas, Terminal 4 | | Business Basic | 2F,2D | **IB3925**<br>Non-Stop | Confirmed |

Flight operated by Iberia Express.

Baggage in hold: 3 Pieces

| | | | | | | |
|---|---|---|---|---|---|---|
| Saturday, July 20, 2013<br>16:50h / Madrid<br>Barajas, Terminal 4S | Saturday, July 20, 2013<br>19:05h / New York<br>John F Kennedy, Terminal 7 | 12h 50m | Business Basic | 7A,7C | **IB6253**<br>Non-Stop | Confirmed |

Flight operated by Iberia.

Hand baggage: More information   Baggage in hold: 3 Pieces

**SEAT BOOKING**

SPECIAL BAGGAGE

PETS

MEAL

ONLINE CHECK-IN

PASSENGERS WITH SPECIAL NEEDS

CHANGES AND REFUNDS

REQUEST INVOICE

**Seat booking**

To reserve the seat on your flight, you must request this with our call centre

CLOSE

**Your payments via Iberia.com**

Carbon footprint : 5.442 T

**CAR RENTAL from $ 45.50**

**Your travel insurance**

**Recommended services**

**CHANGE OF DATE AND TIME**
You can change the date and time of your flights

**Quick access**

| Airport | On board | Luggage | Travel guides |
|---|---|---|---|
| How to get your boarding pass | The seat (Business Class) | Luggage recommendations | Making your trip comfortable |
| Time to board | The seat (Economy) | Non-permitted luggage | Destination guide |
| Relax in the VIP Rooms | On-Board Shop | Sports equipment | |
| Travelling by limousine | | Additional luggage | |
| Free parking | | Electronic devices | |
| | | Direct equipment (door-to-door) | |
| | | Hand luggage | |

| Documents | Service request | Passenger details | Booking changes |
|---|---|---|---|
| Boarding pass | Special meals | Add frequent flyer program (Iberia Plus) | Refund request for flight ticket |
| Passport and Visas | Wheelchair (assistance) | Change contacts | |
| Take out travel insurance | Other special requirements | | |
| | Sports equipment | | |
| | Travelling with pets | | |

| [Conditions of Carriage] | Iberia Group |
| --- | --- |
| Legal Information | Shareholders and Investors |
| Iberia.mobi | British Airways |

Elija idioma: Inglés

**aena aeropuertos**

## servicio de asistencia a **personas con movilidad reducida**

| InfoVuelos | Conócenos | Aeropuertos | Comercial | Sostenibilidad |

**Área segura**

Para cualquier problema o consulta sobre su solicitud, póngase en contacto con nuestro servicio de información:

**902 404 704**
**(+34) 91 321 10 00**

Personas con discapacidad auditiva

**sin barreras**

**Confirmación de datos de solicitud de asistencia**

*Nombre:*     EMMA
*Apellidos:*     RODRIGUEZ SUAREZ

*Tipo de discapacidad:*

**WCHS:** Pasajeros que requieren ayuda para subir o bajar escaleras, que necesitan silla de ruedas u otro medio para el traslado entre la aeronave y la Terminal, por la propia Terminal o entre los puntos de llegada y salida del aeropuerto, pero que son autosuficientes para desenvolverse dentro de la aeronave.

*Asistencia Requerida:*

Acompañante:     SÍ
Número de acompañantes:     1

*Acompañante 1*
Nombre acompañante:     Vincent Crosbie

Trae perro guía o perro asistencia:     No

**Vuelo1**
Número de vuelo:     6252
Código IATA:     IB
Código OACI:     IBE
Fecha:     11/07/2013
Hora:     20:45
Aeropuerto de Salida:     NUEVA YORK-J.F.KENNEDY (JFK)

Número de Solicitud Aeropuerto Salida: **Aeropuerto NO Aena**
Aeropuerto de Llegada:     MADRID-BARAJAS (MAD)

Número de Solicitud Aeropuerto Llegada: **2-004882325**

**Vuelo2**
Número de vuelo:     824
Código IATA:     IB
Código OACI:     IBE
Fecha:     12/07/2013
Hora:     12:30
Aeropuerto de Salida:     MADRID-BARAJAS (MAD)

Número de Solicitud Aeropuerto Salida: **2-004882326**

Aeropuerto de Llegada:     GRAN CANARIA (LPA)

Número de Solicitud Aeropuerto Llegada: **2-004882327**

---

SI NO LO HA HECHO AÚN, PÓNGASE EN CONTACTO CON SU COMPAÑÍA AÉREA
U OPERADOR TURÍSTICO PARA INFORMAR DE SUS NECESIDADES DE ASISTENCIA

---

Imprimir esta Confirmación
Finalizar

**Ayuda**

Le recomendamos que **imprima** esta página y la lleve consigo cuando viaje.

Atención telefónica: **902 404 704** / **(+34) 91 321 10 00**     Personas con discapacidad auditiva     Síganos en:

Infovuelos móvil | Administración Electrónica | Aviso legal | Accesibilidad | El Tiempo

WCAG WAI-AA WCAG 1.0     XHTML 1.0 ✓     CSS ✓     Copyright © 2013 Aena Aeropuertos S.A.

GOBIERNO DE ESPAÑA MINISTERIO DE FOMENTO

Elija idioma: Inglés

## servicio de asistencia a **personas con movilidad reducida**

**aena aeropuertos**

| InfoVuelos | Conócenos | Aeropuertos | Comercial | Sostenibilidad |

Área segura

Para cualquier problema o consulta sobre su solicitud, póngase en contacto con nuestro servicio de información:

**902 404 704**
**(+34) 91 321 10 00**

Personas con discapacidad auditiva

**sin barreras**

**Confirmación de datos de solicitud de asistencia**

*Nombre:*      **EMMA**
*Apellidos:*      **RODRIGUEZ SUAREZ**

*Tipo de discapacidad:*

**WCHS:** Pasajeros que requieren ayuda para subir o bajar escaleras, que necesitan silla de ruedas u otro medio para el traslado entre la aeronave y la Terminal, por la propia Terminal o entre los puntos de llegada y salida del aeropuerto, pero que son autosuficientes para desenvolverse dentro de la aeronave.

*Asistencia Requerida:*

Acompañante:      Sí
Número de acompañantes:      1

*Acompañante 1*
Nombre acompañante:      Vincent Crosbie

Trae perro guía o perro asistencia:      No

**Vuelo1**
Número de vuelo:      3925
Código IATA      I2
Código OACI      IBS
Fecha:      20/07/2013
Hora:      11:15
Aeropuerto de Salida:      GRAN CANARIA (LPA)
Área terminal salida:      ZonaA
Fecha de cita:      20/07/2013
Hora de cita:      09:15
Punto de encuentro:      Acera salidas Edificio Terminal zona A

Número de Solicitud Aeropuerto Salida: **2-004882362**

Aeropuerto de Llegada:      MADRID-BARAJAS (MAD)

Número de Solicitud Aeropuerto Llegada: **2-004882363**

**Vuelo2**
Número de vuelo:      6253
Código IATA      IB
Código OACI      IBE
Fecha:      20/07/2013
Hora:      16:50
Aeropuerto de Salida:      MADRID-BARAJAS (MAD)

Número de Solicitud Aeropuerto Salida: **2-004882364**

Aeropuerto de Llegada:      NUEVA YORK-J.F.KENNEDY (JFK)

Número de Solicitud Aeropuerto Llegada: **Aeropuerto NO Aena**

---

SI NO LO HA HECHO AÚN, PÓNGASE EN CONTACTO CON SU COMPAÑÍA AÉREA
U OPERADOR TURÍSTICO PARA INFORMAR DE SUS NECESIDADES DE ASISTENCIA

---

Imprimir esta Confirmación
Finalizar

**Ayuda**

Le recomendamos que imprima esta página y la lleve consigo cuando viaje.

| Inicio | InfoVuelos | Conócenos | Aeropuertos | Comercial | Sostenibilidad |

Atención telefónica: **902 404 704** / (+34) 91 321 10 00    Personas con discapacidad auditiva    Síganos en: Twitter  Facebook  aena TV

Infovuelos móvil | Administración Electrónica | Aviso legal | Accesibilidad | El Tiempo

GOBIERNO DE ESPAÑA — MINISTERIO DE FOMENTO

WAI-AA WCAG 1.0    XHTML 1.0 ✓    CSS ✓    Copyright © 2013 Aena Aeropuertos S.A.

# SOLICITUD ASISTENCIA A PMR / REQUEST FOR PRM ASSISTANCE

**AEROPUERTO DE/** *AIRPORT*: MADRID/BARAJAS

- [x] Con preaviso/ *With advance notice*
- [ ] Sin preaviso /*Without advance notice* (Ver nota 1 al dorso) (see note 1 on the back)

**Tipo de asistencia PMR/** *Type of PMR assistance:*
- [ ] Salidas/ *Departures*
- [x] Llegadas/*Arrivals*
- [ ] Conexión/ *Connection*
- [ ] Otras/*Others*

**Nº solicitud/** *Request no.:*

**Fecha/***Date*: 20-7-13
**Nº vuelo/** *Flight no.:* 3525
**Hora/***Time*: 14:35
**Apto. de origen/** *Origin apt.:* JFK
**Apto. destino/** *Destination apt.:* MAD

**Categoría PMR/** *PMR category:*
- [ ] BLND
- [x] WCHS
- [ ] WCHC
- [ ] WCHR
- [ ] DPNA
- [ ] DEAF
- [ ] DEAF/BLND
- [ ] MAAS

- [ ] Trae acompañante/*Bringing companion*
- [ ] Trae silla de ruedas propia/*Bringing own wheelchair*
- [ ] Trae perro guía/*Bringing guide dog*

**Nombre/***First name*: EMMA
**Apellidos/***Surname*: RODRIGUEZ

**Tipo de doc./** *Type of I.D.*:
**Documento/***Document*:
**Edad*/***Age**:
- [ ] Hombre*/*Male**
- [ ] Mujer*/*Female**

**e-mail*/***e-mail**:
**Teléfono*/***Telephone** *:

**Valoración general de la asistencia recibida en el aeropuerto*/** *Overall assessment of the assistance received at the airport*:*
- [ ] Excelente/ *Excellent*
- [ ] Buena/*Good*
- [ ] Aceptable/ *Acceptable*
- [ ] Regular/*Below average*
- [ ] Mala/*Poor*

**Firma del agente:** *Agent's signature:* (Ver nota 2 al dorso) *(See note 2 on the back)*

**Firma del pasajero:** *Passenger's signature:* (*) (Ver nota 4 al dorso) *(See note 4 on the back)*

- [ ] Solicita voluntariamente la finalización anticipada/ *Voluntary request for early termination* (Ver nota 3 al dorso)/ *(See note 3 on the back)*

**Seguimiento de asistencia/** *Assistance report:*

Espacio reservado para el personal del aeropuerto/ *Space reserved for airport personnel:*

**Canal/** *Channel:*
- [ ] Aeropuerto/ *Airport*
- [ ] SITA (PAL/CAL)
- [ ] PSM
- [ ] Call Center
- [ ] Web

- [ ] Interrupción servicio/ *Service interrupted:*

**Lugar inicio asistencia/** *Place of initiation of assistance:* B31
**Hora petición solicitud (Salidas)/** *Time assistance requested (Departures):*
**Hora llegada aeronave (Llegada)/** *Aircraft arrival time (Arrival):*
**Puerta de embarque y/o Stand/** *Boarding gate and/or stand:*

**Hora inicio** *Time at beginning:*
**Lugar fin asistencia** *Place of termination of assistance*
**Hora fin** *Time at end:* 16:30

**Observaciones/** *Observations:* 36253