

**Exhibit H**



EXHIBIT H